GEORGE W. ABELE (SB# 149846)
georgeabele@paulhastings.com
ELIZABETH A. FALCONE (SB# 219084)
elizabethfalcone@paulhastings.com
CINDY J. MORGAN (SB# 240622)
cindymorgan@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 S. Flower Street
Twenty-Fifth Floor
Los Angeles, CA 90071
Telephone: (213) 638-6000
Facsimile: (213) 627-0705

Attorneys for Defendant
UNITED PARCEL SERVICE, INC.

JS - 6

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| PHYLLIS MCCLAIREN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED PARCEL SERVICE, INC. and DOES 1 through 100, inclusive,<br><br>Defendant. | CASE NO. EDCV 08-00774 SGL (OPX)<br><br>**JUDGMENT** |

LEGAL_US_W # 60168752.1

## ORDER

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that, pursuant to the Stipulation for Entry of Judgment entered between the parties, judgment is entered in favor of Plaintiff Phyllis McClairen and against Defendant United Parcel Service, Inc., in the amount of $12,500.00, which amount includes attorneys' fees and costs. Pursuant to the Stipulation for Entry of Judgment entered between the parties, this action is dismissed with prejudice, with each side to bear its own costs and attorneys' fees.

Dated: October 20, 2008

_____   Hon. Stephen G. Larson
United States District Judge